**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
|---|---|---|
| 1. **Debtor's name** | Monette Farms Ltd. | |

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 821340221 . Describe identifier Business Number .

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**

FTI Consulting Canada Inc.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

CCAA Proceeding – Court of King's Bench of Alberta (Calgary)

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Copy of the Initial Order will be filed with the Court.

_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor  Monette Farms Ltd.
_____
Name

Case number (*if known*)_____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)  all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada
_____

**Debtor's registered office:**

717 South Railway Street West
_____
Number        Street

_____
P.O. Box

Swift Current, Saskatchewan S9H 2Y9
_____
City            State/Province/Region    ZIP/Postal Code

Canada
_____
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City            State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

520 5th Ave SW, Suite 1610
_____
Number        Street

_____
P.O. Box

Calgary, Alberta T2P 3R7
_____
City            State/Province/Region    ZIP/Postal Code

Canada
_____
Country

**10. Debtor's website** (URL)

https://monettefarms.ca/
_____

**11. Type of debtor**

*Check one:*

☐  Non-individual (*check one*):

☑  Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐  Partnership

☐  Other.  Specify: _____

☐  Individual

Debtor    Monette Farms Ltd.
          Name

Case number (if known)_____

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____          D. HELKAA
Signature of foreign representative          Printed name

Executed on   4/21/2026
              MM / DD / YYYY

X _____          _____
Signature of foreign representative          Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

X /s/ Jacob R. Kirkham                        Date   04/21/2026
Signature of Attorney for foreign representative        MM  / DD / YYYY

Jacob R. Kirkham
Printed name

Kobre & Kim LLP
Firm name

600 North King Street, Suite 501
Number        Street

Wilmington                                    DE 19801
City                                          State        ZIP Code

(302) 518-6456                                Jacob.Kirkham@kobrekim.com
Contact phone                                 Email address

5768                                          DE
Bar number                                    State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Monette Farms Ltd., | Case No. 26-_____(___) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**CONSOLIDATED LIST PURSUANT TO BANKRUPTCY RULE 1007(a)(4)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

FTI Consulting Canada Inc. ("FTI"), in its capacity as the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of each of the above-captioned debtors (collectively, the "Debtors"), which are the subject of proceedings (the "Canadian Proceedings") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian Court") hereby submits this list on behalf of the Debtors in compliance with the requirements of Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

**I.        All Administrators of the Debtors in Foreign Proceedings**

FTI is the authorized Foreign Representative and court-appointed Monitor in the Canadian Proceedings.  To the best of the Foreign Representative's knowledge, other than the Canadian Proceedings, there are no foreign proceedings pending with respect to any of the Debtors.

The Foreign Representative's and Monitor's address is:

> FTI Consulting Canada Inc.
> 520 5th Avenue SW, Suite 1610
> Calgary, AB T2P 3R7
> Canada

**II.        All Parties to Litigation Pending in the United States**

1

There is no pending litigation in which the Debtors are a party in the United States.

**III.     Entities Against Whom Provisional Relief Is Sought**

The Foreign Representative seeks provisional relief on behalf of the Debtors to stay the execution or transfer of assets of the Debtors, and the application of 11 U.S.C. § 362 in the Debtors' Chapter 15 Cases on a provisional basis, against all known creditors of the Debtors and other interested parties, including without limitation, the persons on the creditor matrix.

**IV.     Corporate Ownership Statement Pursuant to Rules 1007(a) and 7007 of the Federal Rules of Bankruptcy Procedure**

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Foreign Representative submits the following list of entities that hold ownership interests in the Debtors.  A corporate ownership chart is embedded below for reference.  No publicly held corporation owns more than 10% of the stock in any of the Debtors.

**Parent Corporations**

- The Debtors' corporate structure consists of 5 parent corporations:

    o   Monette Farms Ltd. ("Monette Farms");

    o   Monette Land Corporation ("Monette Land");

    o   DMO Holdings Ltd. ("DMO Holdings");

    o   Goat's Peak Winery Ltd. ("Goat's Peak Winery"); and

    o   Monette Farms BC Ltd. ("Monette Farms BC").

- Darrell Monette owns 100% of the ownership interests in Monette Land, DMO Holdings, Goat's Peak Winery, and Monette Farms BC, and 100% of the preferred shares of Monette Farms.

- The Monette Farms Family Trust owns 100% of the common shares of Monette Farms.

**Monette Farms and Subsidiaries**

- Monette Farms holds 100% of the ownership interests in Monette Farms Ontario Corp., NexGen Seeds Ltd., Monette Produce Ltd., Monette Seeds Ltd., Monette Farms Land GP Ltd., and Monette Farms Land GP II Ltd.

**Monette Land**

- Monette Land Corp. does not have any subsidiaries.

**DMO Holdings and Subsidiaries**

- DMO Holdings owns 100% of the ownership interests in DMO Holdings USA, Inc. ("DMO Holdings USA").

- DMO Holdings USA owns 100% of the ownership interests in Monette Seeds USA, Monette Farms Arizona, LLC, Monette Farms USA, Inc., and Monette Produce, LLC.

- DMO Holdings is also the majority and sole voting shareholder in 1012595 DE Inc. 1012595 DE Inc.'s second shareholder is an individual named Deon Vissar, who holds 99 Class B Preference Shares (non-voting).

**Goat's Peak Winery**

- Goat's Peak Winery does not have any subsidiaries.

**Monette Farms BC**

- Monette Farms BC holds 100% of the ownership interests in Monette Farms BC GP Ltd.



3

Dated: April 21, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Jacob R. Kirkham*

**KOBRE & KIM LLP**
Jacob R. Kirkham (No. 5768)
Stephen J. Astringer (No. 6375)
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6451
Facsimile: (302) 518-6461
jacob.kirkham@kobrekim.com
stephen.astringer@kobrekim.com

-and-

Daniel J. Saval (*pro hac vice* pending)
John G. Conte (*pro hac vice* pending)
Vincent Yiu (*pro hac vice* pending)
Alaina Heine (*pro hac vice* pending)
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1259
Facsimile: (212) 488-1220
daniel.saval@kobrekim.com
john.conte@kobrekim.com
vincent.yiu@kobrekim.com
alaina.heine@kobrekim.com

*Counsel to the Foreign Representative*

4